[No. 7814–3–I. Division One. January 12, 1981.]

HAROLD D. BOYD INVESTMENT COMPANY, *Respondent,*
v. DEAN H. BROKAW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 835423, James J. Dore, J., entered June 21, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Callow, J.

[No. 3585–9–III. Division Three. January 13, 1981.]

*In the Matter of the Marriage of* PETER M. WIGGERS,
*Respondent,* CAROL ANN WIGGERS, *Defendant,*
DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 33431, Robert S. Day, J., entered July 26, 1979. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 3364–3–III. Division Three. January 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER
ROLLAND LOCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26766, Sidney R. Buckley, J., entered April 2, 1979. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.